1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

FERRARI FINANCIAL SERVICES, INC.,

12

Plaintiff,

13

v.

14
15

ANDRE M. EVANS and THAT'S MY PROPERTY INVESTMENTS LLC,

16

Defendants.

17

Case No.:  3:25-cv-02289-JES-KSC

**ORDER GRANTING PLAINTIFF'S _EX PARTE_ MOTION (1) AUTHORIZING ALTERNATIVE SERVICE; AND (2) EXTENDING THE TIME TO EFFECT SERVICE**

**[ECF No. 5]**

18
19
20

    The Court, having considered Plaintiff's _Ex Parte_ Motion Authorizing Alternative Service and Extending the Time to Effect Service (the "Motion"), the file, and being otherwise fully informed in the premises, hereby finds and determines as follows:

21

    1.    The Motion is **GRANTED**.

22
23
24
25

    2.    Service of the Summons and Complaint in this action on Defendant Andre M. Evans shall be accomplished by publication in the San Diego Daily Transcript, a newspaper of general circulation within the County of San Diego.  The publication shall be made once a week for four weeks.

26
27
28

    3.    Service of the Summons and Complaint in this action on Defendant THAT'S MY PROPERTY INVESTMENTS LLC shall be accomplished by service on the

1

1  California Secretary of State.

2      4.      This order does not preclude service upon Defendants in any other manner

3  specified in Fed. R. Civ. P. 4, which service supersedes the service by email, publication,

4  or Secretary of State.

5      5.      The existing deadline to serve Defendants is December 2, 2025.

6      6.      The deadline for Plaintiff to complete service of Defendant is hereby extended

7  a period of 72 days to February 12, 2026.

8      **IT IS SO ORDERED.**

9  Dated:  December 16, 2025

10

11                    Honorable James E. Simmons Jr.
                       United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28